AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

DAMIEN RIVERO,

      Petitioner,               JUDGMENT IN A CIVIL CASE
V.

                    CASE NUMBER: **3:09-CV-00284-LRH-VPC**

E.K. McDANIEL, et al.,

      Respondents.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that the Petition for Writ of Habeas Corpus (Doc. No. 4) is DENIED.


   September 22, 2010                            **LANCE S. WILSON**
                                                               Clerk

                                                             /s/ Katie Lynn Ogden
                                                             Deputy Clerk